IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES NAUGHTON, | ) | |
| Petitioner, | ) | 2:10cv719 |
| | ) | Electronic Filing |
| v. | ) | |
| | ) | Judge Cercone |
| MICHAEL WENEROWICZ, et al., | ) | Magistrate Judge Mitchell |
| Respondents. | ) | |

## MEMORANDUM ORDER

AND NOW, this 6th day of July, 2010, after a Petition for a Writ of Habeas Corpus was filed by the petitioner, James Naughton, and after a Report and Recommendation of the United States Magistrate Judge was issued, and the petitioner was directed to file written objections within fourteen days, and after the petitioner submitted a letter, treated as objections, and upon consideration of those objections, and after independent review of the petition and the record, and after consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the Petition of James Naughton for a Writ of Habeas Corpus is DISMISSED, and that a Certificate of Appealability is DENIED because reasonable jurists could not conclude that a basis for appeal exists.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

David Stewart Cercone
United States District Judge

cc: Honorable Robert C. Mitchell
United States Magistrate Judge

James Naughton
HM-1570
SCI Graterford
P. O. Box 244
Graterford, PA 19426